BRETT L. TOLMAN, United States Attorney (#8821)
MATTHEW L. BELL, Assistant United States Attorney (#9840)
Attorneys for the United States of America
20 North Main Street, #208
St. George, Utah 84770
Telephone: (435) 673-0712

FILED
U.S. DISTRICT COURT

2009 AUG 19 P 4: 11

DISTRICT OF UTAH

BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INDICTMENT |
| Plaintiff, | : | VIOLATIONS: |
| | | 18 U.S.C. § 2422(b) |
| vs. | : | COERCION AND ENTICEMENT FOR ILLEGAL |
| SCOTT ALLEN URE, | : | SEXUAL ACTIVITY |
| Defendant. | : | 18 U.S.C. § 2423(b) TRAVEL WITH INTENT TO |
| | : | ENGAGE IN ILLICIT SEXUAL CONDUCT |

Case: 2:09-cr-00625
Assigned To : Stewart, Ted
Assign. Date : 08/19/2009
Description: USA v

The Grand Jury charges:

### COUNT I

Between approximately December 10, 2008 and May 1, 2009, in the Central

Division of the District of Utah,

**SCOTT ALLEN URE,**

the defendant herein, did knowingly and intentionally, by means of a facility of interstate

commerce, persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to so persuade, induce, entice, and coerce, all in violation of, and punishable by, 18 U.S.C. § 2422(b).

### COUNT II

On or about May 1, 2009, in the Central Division of the District of Utah,

**SCOTT ALLEN URE,**

the defendant herein, did knowingly travel in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person, all in violation of, and punishable by, 18 U.S.C. § 2423(b).

A TRUE BILL:

/s/
FOREPERSON of the GRAND JURY

BRETT L. TOLMAN
United States Attorney

MATTHEW L. BELL
Assistant United States Attorney