KEITH C. BARNES (7136)
***BARNES LAW OFFICES, P.C.***
415 North Main, Suite 303
Cedar City, UT 84721
Telephone: (435) 586-6999
Fax: (435) 586-1315

___

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

___

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | POSITION OF THE DEFENSE |
| Plaintiff, ) | WITH RESPECT TO SENTENCING |
| v. ) | FACTORS |
| ) | |
| SCOTT ALLEN URE, ) | |
| ) | Case No. 2:09-CR-00625-TS |
| Defendant. ) | Honorable Judge Ted Stewart |

___

Pursuant to DUCrimR 32-1(b), the Defendant does not dispute any sentencing factors in the Presentence Report submitted by the United States Probation Office.

DATED this 30th day of August, 2010.

    /s/ Keith C. Barnes
KEITH C. BARNES
Attorney for Defendant

MAILING CERTIFICATE

       I hereby certify that a true and correct copy of the above POSITION OF THE DEFENSE WITH RESPECT TO SENTENCING FACTORS was caused to be served upon the persons named below on this 30th day of August, 2010:

Matthew L. Bell
Assistant United States Attorney
20 North Main Street, Suite 208
St. George, UT 84770

Faxed to:
Coby Leavitt
United States Probation Officer
(435) 637-8028


       /s/ Stephanie A. Holt
       Secretary