**United States District Court
for the District of Utah**

# Request and Order for Modifying Conditions of Supervision
# With Consent of the Offender
*(Waiver of hearing attached)*

Name of Offender: **Scott Allen Ure**  Docket Number: **2:09-CR-00625-001-TS**

Name of Sentencing Judicial Officer:  **Honorable Ted Stewart
Chief U.S. District Judge**

Date of Original Sentence: **November 1, 2010**

Original Offense: **Coercion or Enticement of a Minor**
Original Sentence: **46 Months Bureau of Prisons Custody/120 Months Supervised Release**

Type of Supervision: **Supervised Release**  Supervision Began: **April 23, 2014**

## PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows:

*The defendant shall participate in and successfully complete an approved program of sex offender evaluation and treatment, which may include polygraph, plethysmograph, and Abel examinations, as directed by the probation office. The defendant will be required to pay the cost of these evaluations and treatment. The defendant shall comply with the rules and restrictions specified by the treatment agency. The Court authorizes the Probation Office to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.*

## CAUSE

The defendant is currently in the custody of the Bureau of Prisons (BOP) with an expected release date of April 23, 2014, to commence the Court-ordered term of supervised release. The defendant, while in BOP custody, has requested relocation to the District of Colorado, which is where he resided at the time of his offense of conviction.

The District of Colorado has initially denied his request pending the amending of conditions of release to add the above-noted condition. The U.S. Probation Office has not identified any family, friends, or other means of support for the defendant in the District of Utah. It is requested that this condition be amended to permit the District of Colorado further consideration for transfer of supervision.

I declare under penalty of perjury that the foregoing is true and correct.

John S. Pyburn
U.S. Probation Officer
Date: April 10, 2012

## THE COURT ORDERS:

[X] The modification of conditions as noted above
[ ] No action
[ ] Other

_____
Honorable Ted Stewart
Chief U.S. District Judge

Date: 4/11/'12

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
**PROBATION AND PRETRIAL SERVICES OFFICE**

# WAIVER OF RIGHT TO HEARING PRIOR TO MODIFICATION OF CONDITIONS OF SUPERVISION

I have been advised by U.S. Probation Officer John S. Pyburn that he has submitted a petition and report to the Court recommending that the Court modify the conditions of my supervision in Case No. 2:09-CR-00625-001-TS. The modification would be:

> *The defendant shall participate in and successfully complete an approved program of sex offender evaluation and treatment, which may include polygraph, plethysmograph, and Abel examinations, as directed by the probation office. The defendant will be required to pay the cost of these evaluations and treatment. The defendant shall comply with the rules and restrictions specified by the treatment agency. The Court authorizes the Probation Office to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.*

I understand that should the Court so modify my conditions of supervision, I will be required to abide by the new condition(s) as well as all conditions previously imposed. I also understand the Court may issue a warrant and revoke supervision for a violation of the new condition(s) as well as those conditions previously imposed by the Court. I understand I have a right to a hearing on the petition and to prior notice of the date and time of the hearing. I understand that I have a right to the assistance of counsel at that hearing.

Understanding all of the above, I hereby waive the right to a hearing on the probation officer's petition, and to prior notice of such hearing. I have read or had read to me the above, and I fully understand it. I give full consent to the Court considering and acting upon the probation officer's petition to modify the conditions of my supervision without a hearing. I hereby affirmatively state that I do not request a hearing on said petition.

_____
Scott Allen Ure

4/10/12
Date

_____
Witness  John S. Pyburn
U.S. Probation Officer