March 30, 2017

FILED
U S DISTRICT COURT

Federal Court – Utah Division

2017 APR -5  A 8: 30

Scott Ure
250 N. 1100 W., Apt 270
Cedar City, UT 84721
847-525-5521

DISTRICT OF UTAH

BY:_____
       DEPUTY CLERK

**Subject: Request for Travel for Scott Ure to visit Pearl Suvattiphan (girlfriend) in Chiang Mai, Thailand**

Officer of the Court,

I would like to request to travel to Chang Mai, Thailand to visit Pearl Suvattiphan. Pearl traveled here to Cedar City in September 2016, and also brought her mom on the trip. I am trying to maintain a relationship with Pearl, as we want to be lifetime partners.

I originally met Pearl in 2003 when I was working in Bangkok as the consultant for the new Airport being built. I was the Airport's representative for the airport wide baggage handling system, and had designed the explosive detection part of the system. I had traveled to Thailand for an average of 10 days every month for 4 ½ years. Pearl and I met during meetings I had with Thailand's Minister of Transportation. Pearl was the personal assistant to the Minister. Pearl had been employed with the Minister as she has a Master's Degree in Engineering. Pearl is age 44.

We dated throughout the 4 year period I worked in Thailand. At the end of the project, we did not figure a way to continue our relationship, as I was owner of my engineering company, and did not know how to walk away from my company, and she was heavily involved with major transportation projects in Thailand. As time went on and we were apart, my availability became clearer, however Pearl had purchased a hotel in Chiang Mai, and was now a business owner and could not abandon her business. Time continued on and I was going to prison. Before going to prison, I told Pearl of my offense and that I was going to prison, and that she would not be hearing from me for some years. About 9 months into my sentence, I received a letter from Pearl. She got my address from a friend. We began writing to each other and continued writing at least once per week through my time in prison. Through this writing and also phone calls, we had wanted to resume our relationship when I was to be released from prison. Pearl even sold her hotel and planned to move to the US when I was released. Her mom was diagnosed with breast cancer just before I got out, and this changed all plans and prevented Pearl from moving here to the US. Due to near non-existence of health insurance in Thailand, and the cost of what medicine would be here in the US, it is not possible that she can move to the US. Pearl and I had a great relationship for 4 years in Thailand, and let careers get in the way. Pearl has now been my support throughout my prison term, and our love is strong enough that we have another 3 years since my release, and trying to find the way to be together. I am requesting the travel to Thailand because Pearl is the woman that I hope to build my lifetime relationship with. I believe we have something strong, because our feelings are very strong even after all this time apart. When Pearl traveled here in September, that was very important for me just so that we could be together and know for sure this is what we both want. That feeling was confirmed for both of us, and we now hope for the chance to have more time together.

My request is to travel to Thailand by May 12 – Pearl's birthday. I realize this is 6 weeks away, and this approval could possibly take longer, as this requires court approval. I am requesting May 9 to May 24. I do understand if this cannot be approved prior to May 12, and will adjust my dates if required and if receiving approval.

My request would be to travel for at least 2 weeks because of the travel time to get there and cost of plane ticket. My plan for when I visit is for us to learn how our life together would be. I would likely still spend many of my days while in Thailand, working my job. It would be hard to be away from my job for a full 2 weeks. I am able to perform my job from any location, as it is no different than Cedar City being remote from San Francisco. We believe it is important to live as we hope our daily lives will be. Pearl owns her house in Chiang Mai, Thailand, and I would be staying there with her, her mom, and her dog.

My hope is that I can build trust by exactly following all rules (and just living a good life), so that I can start to visit Pearl on a regular schedule, and start to build my life with her.

Pearl's address is shown below:

Miss Peeranuch Suvattiphan
208/20 Moo 7
Sivalee Lakeview Soi 7 (Land & House)
Suthep, Muang,
Chiangmai, Thailand, 50200
Phone : +6699-365-6656

I appreciate the time and consideration of the court.

Sincerely,

Scott A. Ure

Scott Ure