IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>SCOTT ALLEN URE,<br><br>            Defendant. | ORDER DENYING MOTION TO TRAVEL<br><br><br>Case No. 2:09-CR-625 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant's Motion to Travel. As part of his conditions of supervised release, Defendant "shall not leave the judicial district without the permission of the court or probation officer."[1] Defendant seeks permission to travel to Thailand to visit his girlfriend. Having carefully considered Defendant's request, along with the entire record, the Court will DENY the Motion (Docket No. 33).

DATED this 10th day of April, 2017.

BY THE COURT:

_____
Ted Stewart
United States District Judge

---

[1] Docket No. 28, at 3.